U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

INDYMAC BANK, F.S.B., a Federal Savings Bank
v.
GANESAN VISVABHRATHY, an individual

Case Number:

**FILED**
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6226
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

INDYMAC BANK, F.S.B., a Federal Savings Bank

| | |
|---|---|
| NAME (Type or print) Gary I. Blackman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Gary Blackman | |
| FIRM Levenfeld Pearlstein, LLC | |
| STREET ADDRESS 2 N. LaSalle St., Ste. 1300 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC #6187914 | TELEPHONE NUMBER (312) 346.8380 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |