UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC FILED
NOV 02 2007
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| INDYMAC BANK, F.S.B., a Federal Savings Bank, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GANESAN VISVABHARATHY, )<br>an individual, )<br>)<br>Defendant. ) | 07CV6226<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE COLE |

### RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and Rule 3.2 of the Local Rules of the Northern District of Illinois, Plaintiff respectfully states that it is wholly owned by its parent corporation IndyMac Intermediate Holdings, Inc. which is wholly owned by IndyMac Bancorp, Inc.

Respectfully submitted,

INDYMAC BANK, F.S.B.

By: _____
One of Its Attorneys

Gary I. Blackman (ARDC # 6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Ste 1300
Chicago, Illinois 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8434