## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6226 | **DATE** | 1/17/2008 |
| **CASE TITLE** | Indymac Bank vs. Visvabharathy | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for default [9] is granted. It is hereby ordered that default is entered against Defendant, Ganesan Visvabharathy for failure to appear or file an answer or responsive pleading. Prove-up hearing is set for 1/23/08 at 9:30AM.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | RJ |
|---|---|---|