## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Indymac Bank, F.S.B.
                              Plaintiff,

v.                                             Case No.: 1:07−cv−06226
                                               Honorable Joan B. Gottschall

Ganesan Visvabharathy
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

    MINUTE entry before Judge Joan B. Gottschall :Prove−up hearing set for 1/23/08 is stricken and reset to 1/30/2008 at 09:30 AM by requerst of Plaintiff's counsel via telephone. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.