# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6226 | **DATE** | 1/30/2008 |
| **CASE TITLE** | Indymac Bank, F.S.B vs. Visvabharathy | | |

**DOCKET ENTRY TEXT**

Status hearing held. Oral motion by Defendant's counsel for leave to file motion to quash service by 2/14/2008 is granted. Response is due by 2/28/2008. Reply in support is due by 3/13/2008. Plaintiff is given leave to file motion for default judgment with supporting memoranda by 2/6/2008 which will be entered and continued. Ruling by mail.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | RJ |
|---|---|---|