UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Indymac Bank, F.S.B., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-6226 |
| | ) | |
| v. | ) | Honorable Joan B. Gottschall |
| | ) | |
| Ganesan Visvabharathy, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Indymac Bank, F.S.B. ("Indymac"), hereby requests, pursuant to Federal Rule of Civil Procedure 55(b), that the Court grant its Motion for Entry of Judgment and enter judgment against Defendant Ganesan Visvabharathy for the reasons and in the amounts stated in its Memorandum in Support of Motion for Entry of Judgment filed simultaneously herewith.

Date: February 6, 2008                                         INDYMAC BANK, F.S.B.


                                                               By: /s/ James G. Martignon
                                                                   One of Its Attorneys

Gary I. Blackman
James G. Martignon
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602
Tel: 312-346-8380
Fax: 312-346-8434

LP 1546530.1 \ 31849-73239