UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INDYMAC BANK, F.S.B <br> a Federal Savings Bank, <br> <br> Plaintiff, <br> <br> vs. <br> <br> GANESAN VISVABHARATHY, <br> an individual <br> <br> Defendant | ) <br> ) <br> ) <br> ) 07 C 6226 <br> ) <br> ) Honorable Judge Joan B. Gottschall <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF MOTION

To:  See Service List Attached

     PLEASE TAKE NOTICE that on the 14th day of February, 2008 at 9:30 a.m., before the Honorable Joan B. Gottschall, Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, we shall present Plaintiff's **Motion for Entry of Judgment and Memorandum In Support Thereof**, a copy of which is attached hereto and herewith served upon you.

Dated: February 6, 2008

                                                     **INDYMAC BANK, F.S.B.**

                                                     By: __/s/ James G. Martignon____
                                                             One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

LP 1546575.1 \ 31849-73239

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I hereby certify that I have mailed by United States Postal Service the document to the following:

Bruce S. Sperling (ARDC #2687925)
Daniel A. Shmikler (ARDC #6238089)
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200

                                                /s/ James G. Martignon
                                                James G. Martignon (ARDC #6277974)
                                                LEVENFELD PEARLSTEIN, LLC
                                                2 N. LaSalle St., Suite 1300
                                                Chicago, Illinois 60602
                                                (312) 346-8380 - Telephone
                                                (312) 346-8434 – Facsimile
                                                jmartignon@lplegal.com