# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Indymac Bank, F.S.B.
                              Plaintiff,

v.                                               Case No.: 1:07–cv–06226
                                                      Honorable Joan B. Gottschall

Ganesan Visvabharathy
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge Joan B. Gottschall : Motion hearing held on 2/14/2008. MOTION by Plaintiff Indymac Bank, F.S.B. for entry of judgment [16] is denied. Movant failed to appear. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.