UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INDYMAC BANK, F.S.B., a Federal Savings Bank,    )<br>    )<br>Plaintiff,    )<br>    )<br>v.    )<br>    )<br>GANESAN VISVABHARATHY, an individual    )<br>    )<br>Defendant.    ) | No. 07 C 6226<br><br>Judge Joan B. Gottschall |

## NOTICE OF FILING

**To:**  James G. Martignon, Esq.
Gary I. Blackman, Esq.
Levenfeld Pearlstein, P.C.
2 North LaSalle Street
Suite 1300
Chicago, Illinois  60602

**PLEASE TAKE NOTICE** that on, February 14, 2008 we filed with the Clerk of the Court the attached **Motion To Vacate Order Of Default And Quash Service**, a copy of which is hereby served upon you.

Dated:  February 14, 2008          Respectfully submitted,

                                    GANESAN VISVABHARATHY

                                    By:  s/ Daniel A. Shmikler
                                          One of his attorneys

Bruce S. Sperling
Daniel A. Shmikler
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois  60603
(312) 641-3200
(312) 641-6492 (fax)

## CERTIFICATE OF SERVICE

I, Daniel Shmikler, an attorney, hereby certify that on February 14, 2008, I electronically filed **Defendant's Notice of Filing** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following persons listed below:

> Gary I. Blackman, Esq.
> James G. Martignon, Esq.
> Levenfeld Pearlstein, P.C.
> 2 North LaSalle Street
> Suite 1300
> Chicago, Illinois  60602

/s/Daniel A. Shmikler
Daniel A. Shmikler