UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B<br>a Federal Savings Bank, | ) ) ) | |
| Plaintiff, | ) ) | 07 C 6226 |
| vs. | ) ) | Honorable Judge Joan B. Gottschall |
| GANESAN VISVABHARATHY,<br>an individual | ) ) ) ) | |
| Defendant | ) | |

### NOTICE OF MOTION

To:  See Service List Attached

PLEASE TAKE NOTICE that on the 28th day of February, 2008 at 9:30 a.m., before the Honorable Joan B. Gottschall, Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, we shall present Plaintiff's **Motion to Vacate Order of February 14, 2008**, a copy of which is attached hereto and herewith served upon you.

Dated: February 22, 2008

**INDYMAC BANK, F.S.B.**

By:  /s/ James G. Martignon
One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I hereby certify that I have mailed by United States Postal Service the document to the following:

Bruce S. Sperling (ARDC #2687925)
Daniel A. Shmikler (ARDC #6238089)
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200

                                                /s/ James G. Martignon
                                                James G. Martignon (ARDC #6277974)
                                                LEVENFELD PEARLSTEIN, LLC
                                                2 N. LaSalle St., Suite 1300
                                                Chicago, Illinois 60602
                                                (312) 346-8380 - Telephone
                                                (312) 346-8434 – Facsimile
                                                jmartignon@lplegal.com