UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B., a Federal Savings Bank, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6226 |
| vs. | ) ) | Honorable Joan B. Gottschall |
| GANESAN VISVABHARATHTY, an individual | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on February 28, 2008, the undersigned counsel caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **INDYMAC BANK'S RESPONSE TO DEFENDANT'S MOTION TO VACATE ORDER OF DEFAULT AND QUASH SERVICE**, a true and correct copy of which document, as filed, is attached hereto.

**INDYMAC BANK, F.S.B.**

By: /s/ James G. Martignon
One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle, Suite 1300
Chicago, Illinois 60602
(312) 346-8380
(312) 346-8434 (Fax)

LP 1567970.1 \ 31849-73239

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2008, I electronically filed the foregoing Response to Defendant's Motion to Vacate Order of Default and Quash Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the individuals listed:

Mr. Bruce S. Sperling (ARDC #2687925)
Mr. Daniel A. Shmikler (ARDC #6238089)
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200

                                              /s/ James G. Martignon
                                              James G. Martignon (ARDC #6277974)
                                              LEVENFELD PEARLSTEIN, LLC
                                              2 N. LaSalle St., Suite 1300
                                              Chicago, Illinois 60602
                                              (312) 346-8380 – Telephone
                                              (312) 346-8434 – Facsimile
                                              jmartignon@lplegal.com