# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6226 | **DATE** | 2/28/2008 |
| **CASE TITLE** | Indymac Bank, F.S.B. vs. Ganesan Visvabharathy | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to vacate order of February 14, 2008 [23] is granted. Motion by Indymac Bank F.S.B. for entry of judgment [16] is reinstated and entered and continued consistent with this Court's January 30, 2008 Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|