# EXHIBIT 3



**TO: Postmaster**                                             ClientCaseID: STEVE JAMES

                                                               Law Firm ID: LEVENFEL

                                                               3/5/2008

## REQUEST FOR CHANGE OF ADDRESS AND BOX
## INFORMATION NEED FOR SERVICE OF LEGAL

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name (if known)    **GANESAN VISVABHRATHY**

                   **7529 RIDGEWOOD LANE**

                   **BURR RIDGE, IL, 60527**

The following information is provided in accordance with 39CFR 265.6(d)(6)(ii): There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Requesting Party Capacity    **Special Process Server**

2. Statute or regulation that empowers the presenter to serve process (not required when presenter is an attorney or a party acting pro se except a corporation acting pro se must site statute): _FC-2-202_

3. Name of All Known Parties to

   Plaintiff:    **INDYMAC BANK FSB**

   vs

   Defendant:   **GANESAN VISVABHRATHY**

4. Court Where Case Has Been or Will be Heard    **UNITED STATES DISTRICT COURT**

5. The Docket Number or Other identifying Number of Case (if assigned)  **07CV6226**

6. The Capacity in Which the Individual is to be Served ____✓____ Defendant _____ Witness

### WARNING

THE SUBMISSION OF FALSE INFORMATION EITHER (1) TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITITGATION OR (2) TO AVOID THE FEE FOR CHANGE OF ADDRESS INFORMATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE UP TO $10,000.00 OR IMPRISIONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and correct and that the address information is needed and will be used solely for service of legal process in connection with actual or prospective litigation

### REQUESTING PARTY

STERN PROCESS & INVESTIGATION, LLC     Tax ID  04-3801616

205 W. RANDOLPH ST 1210

CHICAGO, IL, 60606      Phone (312)-853-2150    Fax (312)-853-3110

Signature _____  TODD M. MARTINSON

### FOR POST OFFICE USE ONLY

NEW ADDRESS or BOXHOLDER'S NAME.                    ✗ Still at Address

                                                    ___ Not Known Address Given

Name:_____             ___ No Change of Address Order on File

Address:_____            ___ Moved, Left No Forwarding Address

City, State, Zipcode:_____             ___ No Such Address