UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Indymac Bank, F.S.B.
                    Plaintiff,

v.                                              Case No.: 1:07−cv−06226
                                                Honorable Joan B. Gottschall

Ganesan Visvabharathy
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

  MINUTE entry before Judge Honorable Joan B. Gottschall:MOTION by Plaintiff Indymac Bank, F.S.B. to file instanter Motion to File Instanter Surreply to Defendant's Reply [29] is granted. Motion hearing held on 4/3/2008. Response is due by 4/17/2008. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.