UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INDYMAC BANK, F.S.B., a Federal Savings Bank, ) ) ) Plaintiff, ) ) v. ) ) GANESAN VISVABHARATHY, an ) individual ) ) Defendant. ) | No. 07 C 6226<br><br>Judge Joan B. Gottschall |

## NOTICE OF MOTION

**To:** James G. Martignon, Esq.
Gary I. Blackman, Esq.
Levenfeld Pearlstein, P.C.
2 North LaSalle Street
Suite 1300
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on, Thursday, April 17, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, Courtroom 2325, Everett M. Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any judge sitting in her stead, and shall then and there present **Defendant's Motion To Extend Time For Response To Plaintiff's Sur-Reply**, a copy of which is attached and hereby served upon you.

Dated: April 9, 2008

Respectfully submitted,

GANESAN VISVABHARATHY

By: s/ Daniel A. Shmikler
One of his attorneys

Bruce S. Sperling
Daniel A. Shmikler
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
(312) 641-3200
(312) 641-6492 (fax)

## CERTIFICATE OF SERVICE

I, Daniel Shmikler, an attorney, hereby certify that on April 9, 2008, I electronically filed **Defendant's Notice of Motion** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following persons listed below:

>Gary I. Blackman, Esq.
>James G. Martignon, Esq.
>Levenfeld Pearlstein, P.C.
>2 North LaSalle Street
>Suite 1300
>Chicago, Illinois  60602

>/s/Daniel A. Shmikler
>Daniel A. Shmikler