UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B., a Federal Savings Bank, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  07 C 6226 |
| GANESAN VISVABHARATHY, an individual | ) ) ) | Judge Joan B. Gottschall |
| Defendant. | ) ) | |

NOTICE OF MOTION

**To:**   James G. Martignon, Esq.
Gary I. Blackman, Esq.
Levenfeld Pearlstein, P.C.
2 North LaSalle Street
Suite 1300
Chicago, Illinois  60602

**PLEASE TAKE NOTICE** that on, Thursday, September 4, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, Courtroom 2325, Everett M. Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any judge sitting her stead, and shall then and there present **Defendant's Motion To File Sur-Reply Regarding Defendant's Motion To Vacate Order Of Default And Quash Service**

Dated:  August 15, 2008                             Respectfully submitted,

                                                                        GANESAN VISVABHARATHY

                                                                        By:  s/ Daniel A. Shmikler_____
                                                                                One of his attorneys

Bruce S. Sperling
Daniel A. Shmikler
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois  60603
(312) 641-3200
(312) 641-6492 (fax)

## CERTIFICATE OF SERVICE

      I, Daniel Shmikler, an attorney, hereby certify that on August 15, 2008, I electronically filed **Defendant's Notice of Motion** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following persons listed below:

> Gary I. Blackman, Esq.
> James G. Martignon, Esq.
> Levenfeld Pearlstein, P.C.
> 2 North LaSalle Street
> Suite 1300
> Chicago, Illinois  60602

/s/Daniel A. Shmikler_____
Daniel A. Shmikler