## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 07CV6226          Assigned/Issued By: J. N.

Judge Name:          Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                ✓ Alias Summons
☐ Third Party Summons                    ☐ Lis Pendens
☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets            ☐ Other
☐ Writ _____              _____
   *(Type of Writ)*                      _____
                                         *(Type of issuance)*

_1_ Original and _0_ copies on _8-25-08_ as to _DEFENDANT_
                              *(Date)*