**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Indymac Bank, F.S.B.
                                  Plaintiff,

v.                                                   Case No.: 1:07−cv−06226
                                                       Honorable Joan B. Gottschall

Ganesan Visvabharathy
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Defendant's motion to file instanter his response to Plaintiff's sur−reply regarding defendant's motion to vacate order of default and quash service [37] is granted. Defendant to e−file document forthwith. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.