# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6226 | **DATE** | 9/8/2008 |
| **CASE TITLE** | Indymac Bank, FSB vs. Ganesan Visvabharathy | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached order, the defendant's motion to vacate the order and quash service [20] is granted and consequently the plaintiff's motion for an entry of judgment [16] is denied without prejudice. The default order entered on January 17, 2008 [11] is hereby vacated. Plaintiff is granted an additional 60 days to serve the defendant at his address in India. The matter is set for status at 9:30 a.m. on November 17, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DAM/RJ |
|---|---|---|